UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 41186
     JIMMY IRELAND
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-9880

--------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     The case was filed on 09/28/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.19% from remaining funds.

     The case was paid in full 12/17/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| R&R COUNTRY MOTORS | UNSECURED | 2506.01 | .00 | 383.92 |
| CAPITAL ONE | UNSECURED | 1666.79 | .00 | 253.14 |
| CITY OF CHICAGO PARKING | UNSECURED | 2263.00 | .00 | 343.68 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/99 | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAY | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAY | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | 782.15 | .00 | 118.79 |
| TCF NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | 1014.12 | .00 | 154.01 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | NOTICE ONLY | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | NOTICE ONLY | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1414.74 | .00 | 214.86 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,905.20 | | 1,905.20 |
| TOM VAUGHN | TRUSTEE | | | 226.40 |
| DEBTOR REFUND | REFUND | | | 50.00 |

     Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 41186 JIMMY IRELAND

```
--------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------
TRUSTEE                 3,650.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        1,468.40
ADMINISTRATIVE                                   1,905.20
TRUSTEE COMPENSATION                               226.40
DEBTOR REFUND                                       50.00
                    ---------------      ---------------
TOTALS                  3,650.00             3,650.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                 /s/ Tom Vaughn
                                _____

                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE